

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-30-2015

# USA v. Mark Lawrence

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"USA v. Mark Lawrence" (2015). *2015 Decisions*. Paper 1040.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/1040

This September is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES OF AMERICA

v.

MARK LAWRENCE,

Appellant


On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(No. 2-06-cr-00083-001)
District Judge: Hon. Cynthia M. Rufe

Submitted Pursuant to Third Circuit LAR 34.1(a)
June 26, 2015

Before:  CHAGARES, KRAUSE, and BARRY, <u>Circuit Judges</u>.


_____

JUDGMENT ORDER
_____

This cause came to be considered on the record from the United States District

Court for the Eastern District of Pennsylvania and was submitted pursuant to Third

Circuit LAR 34.1(a) on June 26, 2015.

While on appeal, the Government made certain concessions in its briefing for the

first time.  The District Court was, thus, unable to consider these concessions in rendering

its decision.  We hold that the District Court should have the opportunity to consider the

Government's concessions in the first instance.  For that reason, it is now hereby

ORDERED and ADJUDGED by this Court that the District Court's order dated

September 30, 2013 is VACATED and REMANDED.


BY THE COURT,


s/ Michael A. Chagares
 Circuit Judge


ATTEST:

s/Marcia M. Waldron
Clerk


Dated:  September 30, 2015